JOSEPH M. GANTNER, PLAINTIFF-PETITIONER, v. CITY OF JERSEY CITY, ET AL., DEFENDANTS-RESPONDENTS.

*Mr. John J. Winberry* and *Mr. Frank Romano* for the petitioner.

*Mr. David D. Furman, Mr. William L. Boyan, Mr. Ezra L. Nolan* and *Mr. Joseph G. Mintz* for the respondents.

October 2, 1961.   Denied.

SAMUEL BUSCAGLIA, PLAINTIFF, v. OWENS-CORNING FIBERGLAS, DEFENDANT-RESPONDENT, CATALYTIC CONSTRUCTION COMPANY, DEFENDANT-PETITIONER.

See same case below:   68 *N. J. Super.* 508.

*Messrs. Lloyd, Horn, Megargee & Steedle* for the petitioner.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the respondent.

October 2, 1961.   Granted.